IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3057 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CEDRIC PAYNE, | ) | |
| | ) | |
| Defendant. | ) | |

On the joint oral motion of counsel,

IT IS ORDERED that counsel of record have until close of business on June 4, 2008 to comply with paragraph 2 of the undersigned's memorandum and order dated March 5, 2008.

May 5, 2008.             BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge