AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3057 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 12733-047 |
| | ) | |
| CEDRIC PAYNE, | ) | GREGORY C. DAMMAN |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 10/25/2006 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 140 months is reduced to 120 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 29          Amended Offense Level: 27
Criminal History Category: V        Criminal History Category: V
Previous Guideline Range: 140 to 175 months    Amended Guideline Range: 120 to 150 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

✓  The reduced sentence is within the amended guideline range.

☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated October 25, 2006 shall remain in effect.

Filings 50 and 57 are granted. However, this order does <u>not</u> resolve filing 48, the Rule 35 motion.

**IT IS SO ORDERED.**

Dated this 19th day of May, 2008
Effective Date: Monday, May 19, 2008

*S/Richard G. Kopf*
United States District Judge