IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3057 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CEDRIC PAYNE, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the Clerk of Court shall file the defendant's June 30, 2008 letter and title it as a motion to compel the government to file a Rule 35 motion. The Clerk of Court shall send a copy of the defendant's letter and this motion to the defendant and counsel of record.

    July 10, 2008.        BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge