IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3057 |
| | ) | |
| v. | ) | |
| | ) | |
| CEDRIC PAYNE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED the defendant's motion to continue the Rule 35 hearing (filing 65) is granted. The Rule 35 hearing is rescheduled to February 12, 2009 at noon before me in Lincoln, Nebraska. The defendant shall be present and the United States Marshals Service shall procure the attendance of the defendant. The Clerk shall deliver a copy of this order to the United States Marshals Service. My courtroom deputy shall call Mr. Hopkins, at the prison, and notify him of the cancellation.

DATED this 25th day of November, 2008.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge